**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: March 07, 2013**

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION

| | | |
|---|---|---|
| In re:  Kari Luthi | : | Case No. 12-53971 |
|  | : |  |
| Debtor | : | Chapter 13 |
|  | : |  |
|  | : | Judge Hoffman, Jr. |

**AGREED ORDER ON DEBTOR'S OBJECTION TO CLAIM NO. 9
OF OHIO DEPARTMENT OF TAXATION [DOCKET NO. 43]**

This matter is before the Court on Debtor's Objection to Claim 9 of Ohio Department of Taxation [Docket No. 43].  The parties having reached an agreement as to all issues raised in the Objection and Response, it is hereby ORDERED:

That the 2008 income tax assessment on the claim is not entitled to tax priority treatment. Therefore, claim no. 9 of the Ohio Department of Taxation shall be allowed as a general unsecured claim in the amount of $13,253.50.

Agreed to:

| | |
|---|---|
| /s/ Brian M. Gianangeli | /s/Gregory S. Pope |
| Charles A. Mifsud (0070498) | Gregory S. Pope (0065081) |
| Special Counsel to the Ohio Attorney General | Pope Law Offices, LLC |
| Brian M. Gianangeli (0072028) | 98 County Line Rd. West, Ste. A |
| THE LAW OFFICE OF | Westerville, OH 43082 |
| CHARLES MIFSUD, LLC | Phone – (614) 891-9500 |
| 326 South High Street Annex, Suite 201 | Fax (614) 891-9520 |
| Columbus, Ohio   43215 | Attorney for Debtor |
| Phone – (614) 224-8313 | |
| Fax – (614) 224-9986 | |
| Attorneys for The Ohio Department of Taxation | |

cc:     Default List

# # #